CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 16 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
|---|---|
| Cullen | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Justin Anthony Skeen           492447
Plaintiff full name            Inmate No.

v.                             CIVIL ACTION NO. 7:21 cv00411

Albemarle-Charlottesville Regional Jails
Defendant(s) full name(s)

Medical Staff

****

A. Current facility and address: ALBEMARLE-CHARLOTTESVILLE REGIONAL JAIL, 160 Peregory LN Charlottesville VA, 22902

B. Where did this action take place? Albemarle-Charlottesville regional Jail

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    \_ No

If your answer to A is Yes, answer the following:

1. Court: _____
2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

\_Yes    ____ No

1. If your answer is Yes, indicate the result:

yes but have not got the results back

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

In medical on 7-6-2021 i was refused proper medication also was refused medical attention on 7-7-2021 by same member of medical staff

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

I was in need of Antibiotics due to oral infection when i went to medical for urgent care and also medical attention the next day when infection had spread further

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I would like file law-suit for suffering when it was unnecessary

G. If this case goes to trial do you request a trial by jury?  Yes ___  No \_

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

-DATED: 7-10-2021    SIGNATURE: Justin A Skeen

VERIFICATION:
I, __Justin A Skeen__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 7-10-2021    SIGNATURE: Justin A Skeen

Additional Statements

I received no treatment untill i had been looked at by nurse during med call on 7-8-2021 where the nurse noticed right away my tooth in fact had an infection and Shortly after put me on Antibiotics.
on 7-7-2021 co Gibson was present and witnessed what had been said between me and nurse Chambers and also had told me that i would have to give my second sick call sheet to medical staff's morning shift because Chambers would not wait until i had filled out the sick call but rather left to continue her rounds to pass out meds.

Justin Skeen  Inmate #192497
160 Peregory LN,
Charlottesville
VA 22902



Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208