IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUSTIN ANTHONY SKEEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00411 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CHAMBERS, LPN, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

Plaintiff Justin Anthony Skeen, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered July 19 and 28, 2021, the court advised Skeen that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 4 and 6.) On October 8, 2021, an order mailed to Skeen was returned to the court as undeliverable and with no forwarding address. (*See* ECF No. 11.) To date, Skeen has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Skeen's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 19th day of October, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE